**No. 25-5291**                                                    **September Term, 2024**

1:25-cv-00469-CJN

Filed On: August 13, 2025 [2129820]

Personal Services Contractor Association,

        Appellant

    v.

Donald J. Trump, President of the United
States of America, et al.,

        Appellees

**O R D E R**

The notice of appeal was filed on August 7, 2025, and docketed in this court on August 13, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 12, 2025 |
| Docketing Statement Form | September 12, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 12, 2025 |
| Procedural Motions, if any | September 12, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 12, 2025 |
| Statement of Issues to be Raised | September 12, 2025 |
| Transcript Status Report | September 12, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | September 12, 2025 |
| Dispositive Motions, if any | September 29, 2025 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 12, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 12, 2025 |
| Procedural Motions, if any | September 12, 2025 |
| Dispositive Motions, if any | September 29, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                            **FOR THE COURT:**
                                                            Clifton B. Cislak, Clerk

                                  BY:    /s/
                                                              Emily K. Campbell
                                                              Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)