# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Personal Services Contractor Ass'n

v.

Donald Trump, President, et al.

**Case No:** 25-5291

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

See attached

### Counsel Information

Lead Counsel: Cynthia Barmore

Direct Phone: (202) 598-0956  Fax: (202) 514-7964  Email: Cynthia.A.Barmore@usdoj.gov

2nd Counsel: Melissa N. Patterson

Direct Phone: (202) 514-1201  Fax: (202) 514-7964  Email: Melissa.Patterson@usdoj.gov

3rd Counsel:

Direct Phone: (   )   -    Fax: (   )   -    Email:

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Ave. NW, Washington, DC 20530

Firm Phone: (   )   -    Fax: (   )   -    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

<u>Party Information</u>

Donald J. Trump, President of the United States of America;

United States Agency for International Development;

Marco Rubio, Secretary of State and Acting Administrator of USAID;

Office of Management and Budget;

Russell T. Vought, Director, Office of Management and Budget;

United States Department of State;

Scott Bessent;

United States Department of the Treasury;

U.S. DOGE Service;

U.S. DOGE Temporary Service;

United States Department of Government Efficiency;

Jeremy P. Lewin