# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Personal Services Contractor Association

**v.** Donald Trump, President, et al.

**Case No:** 25-5291

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ⦿ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Personal Services Contractor Association

### Counsel Information

**Lead Counsel:** Joshua Karsh

**Direct Phone:** (773) 505-7533  **Fax:** (202) 822-4997  **Email:** jkarsh@findjustice.com

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Mehri & Skalet, PLLC

**Firm Address:** 1237 Judson Ave., Evanston, IL 60202

**Firm Phone:** (202) 822-5100  **Fax:** (202) 822-4997  **Email:** info@findjustice.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)