# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Personal Services Contractor Association

v.

Donald Trump, President, et al.

**Case No:** 25-5291

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Personal Services Contractor Association

### Counsel Information

Lead Counsel:

Direct Phone: ( ) Fax: ( ) Email:

2nd Counsel: Marni Willenson

Direct Phone: (312) 546-4910 Fax: (312) 508-5382 Email: marni@willensonlaw.com

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Willenson Law, LLC

Firm Address: 3420 W. Armitage Ave., Suite 200, Chicago, IL 60647

Firm Phone: (312) 508-5380 Fax: (312) 508-5382 Email: docket@willensonlaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)