[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

PERSONAL SERVICES
CONTRACTOR ASSOCIATION,

    *Plaintiff-Appellant,*

v.

DONALD TRUMP, et al.,

    *Defendants-Appellees.*
_____

No. 25-5291

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A. Parties and Amici**

Plaintiff-Appellant is the Personal Services Contractor Association (PSCA), an unincorporated voluntary association of personal services contractors currently or previously employed by the U.S. Agency for International Development. The PSCA exists to protect and advocates

1

for the interests and rights of its members. The members have no ownership interest in the association.

Defendant-Appellees are Donald Trump, President of the United States; the U.S. Department of State; the U.S. Agency for International Development (USAID); Marco Rubio, Secretary of State and Acting Administrator for USAID; Jeremy Lewin, Deputy Administrator and Chief Operating Officer of USAID; the Office of Management and Budget (OMB); Russell Vought, OMB Director; the United States DOGE Service, f/k/a the United States Digital Service; U.S. DOGE Temporary Service, a/k/a the "Department of Government Efficiency"; the Department of Government Efficiency; the U.S. Department of Treasury; and Scott Bessent, Secretary of the Treasury.

In the district court, the Constitutional Accountability Center was an amicus curiae. As of this filing, there are no intervenors or amici curiae in this Court.

## B.  Rulings under Review

The rulings under review (issued by Judge Carl J. Nichols) are the memorandum opinion and order entered on July 25, 2025 (ECF Nos. 52 and 53 in Case No. 25-cv-469-CJN). There are no official citations for

the opinion or order, but the opinion is available on Westlaw at 2025 WL 2097574.

**C. Related Cases**

This case has not previously been before this Court or any other court. There are several related pending cases within the meaning of D.C. Circuit Rule 28(a)(1)(C):

- *American Federation of Government Employees v. Trump*, No. 25-cv-352-CJN (D.D.C.), currently before this Court as Appeal No. 25-5290.

- *AIDS Vaccine Advocacy Coalition v. U.S. Department of State,* No. 25-cv-400 (D.D.C.) and *Global Health Council v. Trump,* No. 25-cv-402 (D.D.C.), currently before this Court as consolidated appeals Nos. 25-5317 and 25-5319. Previously before this Court as consolidated appeals Nos. 25-5046 and 25-5047 and Nos. 25-5098 and 25-5097.

- *J. Doe 4 v. Musk,* No. 8:25-cv-462-TDC (D. Md.), currently before the Fourth Circuit as Appeal No. 25-1273.

Dated:  Sept. 11, 2025

        Respectfully submitted,

        /s/ *Joshua Karsh*

        JOSHUA KARSH*
        Mehri & Skalet PLLC
        1237 Judson Ave.
        Evanston, IL 60202
        (773) 505-7533
        jkarsh@findjustice.com

        MARNI WILLENSON
        Willenson Law, LLC
        3420 W. Armitage Ave.
        Suite 200
        Chicago, IL 60647
        (312) 546-4910
        marni@willensonlaw.com

        CAROLYN SHAPIRO*
        Schnapper-Casteras PLLC
        200 E. Randolph St.
        Suite 5100
        Chicago, IL 60601
        (773) 520-7533
        cshapiro@schnappercasteras.com

        * *Member of the Illinois bar with D.C. practice limited to matters before federal courts under D.C. Ct. App. R. 49(c)(3).*