[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                      )
PERSONAL SERVICES                   )
CONTRACTOR ASSOCIATION,  )
                                                      )
      *Plaintiff-Appellant*,            )  Case No. 25-5291
                                                      )
v.                                                   )
                                                      )
DONALD TRUMP, et al.,              )
                                                      )
      *Defendants-Appellees*.        )
_____)

## STATEMENT OF ISSUES

The issue on appeal is whether the district court erred in denying a preliminary injunction. Potential subsidiary issues include (1) whether plaintiff has standing to challenge defendants' actions; (2) whether jurisdiction over plaintiff's claims lies exclusively in the Court of Federal Claims or the Civilian Board of Contract Appeals rather than the district court; and (3) whether equitable factors for injunctive relief, including likelihood of success on the merits, irreparable harm to

1

plaintiff, the public interest, and the balance of equities cut against the government.

Dated: September 11, 2025

        Respectfully submitted,

        /s/ *Joshua Karsh*

        JOSHUA KARSH*
        Mehri & Skalet PLLC
        1237 Judson Ave.
        Evanston, IL 60202
        (773) 505-7533
        jkarsh@findjustice.com

        MARNI WILLENSON
        Willenson Law, LLC
        3420 W. Armitage Ave.
        Suite 200
        Chicago, IL 60647
        (312) 546-4910
        marni@willensonlaw.com

        CAROLYN SHAPIRO*
        Schnapper-Casteras PLLC
        200 E. Randolph St.
        Suite 5100
        Chicago, IL 60601
        (773) 520-7533
        cshapiro@schnappercasteras.com

        *\* Member of the Illinois bar; with D.C. practice limited to matters before federal courts under D.C. Ct. App. R. 49(c)(3).*