[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASS'N, <br><br> Appellant. <br><br> v. <br><br> DONALD J. TRUMP, President, et al., <br><br> Appellees, | No. 25-5291 |

**APPELLEES' UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE**

Pursuant to Fed. R. App. P. 26 & 27, Appellees respectfully move to modify the briefing schedule in the manner set forth below. Appellant does not oppose this motion.

1. Pursuant to the clerk's order entered on October 17, 2025, Appellant's opening brief and the joint appendix were due on November 26, 2025, Appellees' response brief is due December 29, 2025, and Appellant's reply brief is due January 20, 2026.

2. The government respectfully requests that the remaining dates each be extended by 30 days, such that Appellees' response brief will be due on or before

January 28, 2026, and Appellant's reply brief will be due on or before February 19, 2026.

3. The government has not previously sought an extension of the briefing deadlines.

4. The requested extension is necessary to ensure adequate time for the government to prepare and file its brief. Part of this is due to the end of the government shutdown, which has caused a backlog of deadlines to pile up. Undersigned counsel Mr. Davis and Ms. Welch have recently taken on these cases but need time to review the record and draft the briefs. The government's response brief is also due in the middle of the holidays.

5. Undersigned counsel also have had and will continue to have numerous deadlines in litigation they are directly handling or supervising during the briefing period which have consumed substantial time, including but not limited to *AGS Co. Auto. Solutions v. U.S. Customs & Border Protection*, No. 25-255, Ct. Int'l Trade (preliminary injunction brief Dec. 11); *New York v. Trump*, 1:23-cv-3773, S.D.N.Y. (brief Dec. 15); *Strato Tec. Solutions, LLC v. U.S.*, No. 25-322, Ct. Int'l Trade (TRO brief Dec. 16); *Casa, Inc. v. Noem*, 8:25-cv-1484, D. Md. (multiple deadlines between Dec. 15 and Dec. 22); *Nat'l TPS Alliance v. Noem*, 3:25-cv-1766, N.D. Cal. (brief Dec. 18); *Doe v. Noem*, No. 25-2995, 2d Cir. (brief Dec. 18); *L.G.M.L. v. Noem*, No. 25-cv-2942, D.D.C. (brief Dec. 19); *Nat'l TPS*

2

*Alliance v. Noem*, No. 25-2120, 9th Cir. (brief Dec. 19); *Chamber of Commerce v. DHS*, 1:25-cv-3675, D.D.C. (brief Dec. 17, hearing Dec. 19) (similar cases in D. Mass. and N.D. Cal. likely to have preliminary injunction briefing over the period); *Pedro Vasquez Perdomo v. Kristi Noem*, 2:25-cv-05605, C.D. Cal. (multiple depositions and discovery motions from Dec. 1 through Jan. 14, motion to dismiss hearing Jan. 15); *Flores v. Bondi*, 25-6308, 9th Cir. (brief Dec. 29); *USA v. California*, 2:25-vc-10999, C.D.Cal. (brief Jan. 5, hearing soon after); *In re Donald Trump*, 25-5452, D.C. Cir. (mandamus brief Jan. 5); *A.R.P. v. Trump,* 25-10534, 5th Cir. (en banc hearing Jan. 22).

    4. Appellant does not oppose this proposed change to the briefing schedule.

Respectfully submitted,

SARAH WELCH
  Counsel to the Assistant Attorney General

/s/ Tiberius Davis
TIBERIUS DAVIS
  Counsel to the Assistant Attorney General
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. NW
  Washington, DC 20530
  (202) 514-4357
  Tiberius.Davis@usdoj.gov

DECEMBER 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d) because it contains 449 words.  This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Times New Roman 14-point font, a proportionally spaced typeface.

      /s/ Tiberius Davis
      Tiberius Davis

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    /s/ Tiberius Davis
    Tiberius Davis