# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5291** | **September Term, 2025** |
| | 1:25-cv-00469-CJN |
| | **Filed On: December 18, 2025** [2151028] |

Personal Services Contractor Association,

    Appellant

  v.

Donald J. Trump, President of the United
States of America, et al.,

    Appellees

## O R D E R

Upon consideration of appellees' unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | January 28, 2026 |
| Appellant's Reply Brief | February 19, 2026 |

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk